## Exhibit 2

**Health Diagnostic Laboratory, Inc.**

**Payment Listing for Doctors of Northport Primary Medical Care**

| Payment Number | Payment Date | Payment Amount |
|---|---|---|
| 41174 | 1/30/2013 | $800.00 |
| 42977 | 2/11/2013 | $1,640.00 |
| 44861 | 3/6/2013 | $2,380.00 |
| 47235 | 4/8/2013 | $1,800.00 |
| 49447 | 5/7/2013 | $1,400.00 |
| 51943 | 6/6/2013 | $1,420.00 |
| 54241 | 7/5/2013 | $1,760.00 |
| 54896 | 7/18/2013 | $40.00 |
| 56717 | 8/5/2013 | $1,620.00 |
| 59246 | 9/5/2013 | $1,200.00 |
| 61659 | 10/8/2013 | $1,420.00 |
| 64151 | 11/5/2013 | $1,500.00 |
| 66906 | 12/3/2013 | $1,060.00 |
| 67929 | 12/16/2013 | $60.00 |
| 69699 | 1/7/2014 | $1,240.00 |
| 72238 | 2/11/2014 | $1,360.00 |
| 74555 | 3/6/2014 | $1,080.00 |
| 77012 | 4/4/2014 | $1,380.00 |
| 78301 | 4/18/2014 | $20.00 |
| 80058 | 5/5/2014 | $560.00 |
| 82750 | 6/5/2014 | $540.00 |
| 85412 | 7/14/2014 | $640.00 |
| | | $24,920.00 |